FREDERICK H. CHESTERTON, Respondent, v. NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Chesterton* v. *N. Y. C. & H. R. R. R. Co.*, 152 App. Div. 901
affirmed.
(Argued February 5, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 15, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of the defendant, his
employer.

*Alfred L. Becker* for appellant.

*Thomas A. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COL-
LIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent:
WERNER, J.